UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG GAMACHE,<br><br>       Plaintiff,<br><br>   v.<br><br>FEDERAL BUREAU OF INVESTIGATION and the FEDERAL COMMUNICATIONS COMMISSION,<br><br>       Defendants. | NO.  CV-11-100-RMP<br><br>ORDER DISMISSING COMPLAINT AND ENTERING JUDGMENT |

Plaintiff, Greg Gamache, a *pro se* litigant proceeding *in forma pauperis*, filed a *pro se* letter that the Court liberally interprets as a complaint, **ECF No. 1**, on March 14, 2011, alleging that the Federal Bureau of Investigation ("FBI") and the Federal Communications Commission ("FCC") are using "electronic weapons" against members of the public.  Mr. Gamache names both agencies as Defendants. Defendants have not yet been served.

ORDER DISMISSING COMPLAINT AND ENTERING JUDGMENT ~ 1

1   The Court must screen complaints brought by litigants proceeding *in forma*

2   *pauperis* and shall dismiss the proceeding at any time if the action or appeal:

3       (i)    is frivolous or malicious;

4       (ii)    fails to state a claim upon which relief may be granted; or

5       (iii)    seeks monetary relief against a defendant who is immune from

6       such relief.

7   28 U.S.C. §1915(e)(2)(B).

8   Mr. Gamache's letter asks for additional resources and relief to be made

9   available to "victims of electronic weapons."  ECF No. 1 at 1.  However, Mr.

10  Gamache does not identify which of his rights have been violated.  Nor does he

11  allege what, if any, cause of action lies against the FBI or the FCC.

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

ORDER DISMISSING COMPLAINT AND ENTERING JUDGMENT ~ 2

Accordingly, **IT IS HEREBY ORDERED**:

1. The Plaintiff's complaint, **ECF No. 1**, is **DISMISSED** for failure to state a claim.

2. Judgment is to be entered **WITHOUT PREJUDICE**.

3. This file shall be **CLOSED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Mr. Gamache.

DATED this 6th day of September, 2011.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER DISMISSING COMPLAINT AND ENTERING JUDGMENT ~ 3