AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GREG GAMACHE,

v.

FEDERAL BUREAU OF INVESTIGATION and the
FEDERAL COMMUNICATIONS COMMISSION

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-100-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Plaintiff's complaint is dismissed without prejudice for failure to state a claim.

September 6, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer